# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUG LONGHINI,**

   **Plaintiff,**

**v.**              Case No: 6:17-cv-1651-Orl-31GJK

**LAKESIDE OPERATING PARTNERSHIP, L.P.,**

   **Defendant.**

## ORDER

This cause comes before the Court on Longhini's Motion for Default Final Judgment against Defendant Lakeside Operating Partnership, LP (Doc. No. 16) filed May 23, 2018.

On August 3, 2018, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Longhini's Motion for Default Final Judgment against Defendant Lakeside Operating Partnership, LP is **DENIED**.

3. Plaintiff's Complaint is DISMISSED, without prejudice. Plaintiff may amend his complaint by September 14, 2018.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 28, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party